

# NUMBER 13-13-00137-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ERIC SANCHEZ, INDIVIDUALLY
D/B/A ROLI'S AUTO SALES AND
ROLI'S AUTO SALES, INC.,                                    APPELLANT,

v.

RUBEN MARQUEZ AND ALICIA
MARQUEZ,                                                            APPELLEES.

---

### On appeal from the County Court at Law No. 3
### of Cameron County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellant, Eric Sanchez, Individually d/b/a Roli's Auto Sales and Roli's Auto Sales,

Inc., filed an appeal from a judgment entered by the County Court at Law No. 3 of

Cameron County, Texas, in cause number 2013-CCL-33-C. The parties have filed a joint motion to dismiss the appeal on grounds that the parties have resolved the underlying lawsuit and the issues have become moot. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
9th day of May, 2013.